

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00865-CR

Angel Lynn **ADAMES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR10657
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
           Irene Rios, Justice
           Lori I. Valenzuela, Justice

Delivered and Filed: February 12, 2025

DISMISSED FOR LACK OF JURISDICTION

Pursuant to a plea bargain, appellant was placed on community supervision in February 2023. On December 19, 2024, the trial court signed an "Order Amending Conditions of Community Supervision." On December 10, 2024, appellant filed a pro se notice of appeal, appearing to appeal the trial court's order amending the conditions of community supervision. Because this court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision, we ordered appellant to show cause why this appeal should not be dismissed. *See Davis v. State*, 195 S.W.3d 708, 710-11 (Tex. Crim.

App. 2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). Appellant has not responded. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH